```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

United States of America

    v.                                2:19-cr-93
                                    Judge Marbley

Victor Garcia-Fregoso

## ORDER

There being no objections, the Court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 27) that the defendant's guilty plea be accepted. The Court accepts the defendant's plea of guilty to Count 1 of the Information, and he is hereby adjudged guilty on this count. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: June 20, 2019              s\Algenon L. Marbley
                                      Algenon L. Marbley
                                      United States District Judge